PROB 12B
(7/93)

# United States District Court
## for
## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Darryl Cobbins                                    Cr.: 02-00195-007

Name of Sentencing Judicial Officer: Dennis M. Cavanaugh

Date of Original Sentence: 04/07/06

Original Offense: Conspiracy to Commit Murder in Aid of Racketeering

Original Sentence: Imprisonment 48 months, Supervised Release 36 months; Special Conditions: drug testing and treatment, DNA testing

Type of Supervision: Supervised Release          Date Supervision Commenced: 04/07/06

## PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 45 days commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring shall be waived.

## CAUSE

On April 25, 2007, the probation office learned that the offender had been charged on two separate occasions with driving without a license while on supervised release. Mr. Cobbins never informed our office of these incidents or of contact with police officers. On July 17, 2007, Mr. Cobbins reported to the probation office and was warned to refrain from driving without a license; however, on August 13, 2007, he was again cited for this infraction in Newark, New Jersey.

Respectfully submitted,

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 10/03/07

PROB 12B - Page 2
Darryl Cobbins

THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

10/23/07
Date

**Dennis M. Cavanaugh**
U.S. District Judge

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel,' I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 45 days commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The costs of electronic monitoring shall be waived.

Witness: _____  Signed: _____
U.S. Probation Officer Castellaw         Probationer or Supervised Releasee
                                         Darryl Cobbins

9/26/07
DATE