PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Darryl Cobbins  
**Docket Number:** 02-00195-007  
**PACTS Number:** 32297

**Name of Sentencing Judicial Officer:** HONORABLE Dennis M. Cavanaugh

**Date of Original Sentence:** 04/07/2006

**Original Offense:** Conspiracy to Commit Murder in the Aid of Racketeering

**Original Sentence:** Seventy-nine(79) months imprisonment; Three(3) years supervised release. Special conditions: drug aftercare, and DNA collection.

**Type of Supervision:** supervised release  
**Date Supervision Commenced:** 04/07/06

**Assistant U.S. Attorney:** Melissa Jampol, 970 Broad Street, Room 502, Newark, New Jersey 07102, (973) 645-2700

**Defense Attorney:** Anthony Iacullo, Iacullo, Martino, and Marzella, LLC, 247 Franklin Avenue, Nutley, NJ 07110, (973) 746-5858

---

### PETITIONING THE COURT

[ ] To issue a warrant  
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states 'You shall not commit another federal, state, or local crime.' |
| | On February 10, 2009, the offender was arrested by the Bayonne Police Department and was charged with the law violations of possession of marijuana under 50 grams and littering. |
| 2. | The offender has violated the supervision condition which states 'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.' |
| | The offender submitted a false monthly supervision report for the month of February 2009, by answering "no" to the following question on side two, Part E of the document, "were you arrested or named as a defendant in any criminal case?", when in fact he was arrested by the Bayonne Police Department on February 10, 2009, charged with the law violations of possession of marijuana under 50 grams and littering. |

PROB 12C - Page 2
Darryl Cobbins

3. The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

The offender used marijuana in mid-July as evidenced by his verbal and written admission during an office visit with U.S. Probation Officer Cayetano Castellano on August 4, 2008.

The offender used marijuana as evidenced by a urine specimen which indicated a positive result for this substance submitted on September 3, 2008, at the New Pathways Program.

On October 9, 2008, the offender submitted a urine specimen(chain of custody # C01012141) submitted to Kroll Laboratories which returned a positive result for marijuana.

4. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

The offender failed to notify the undersigned officer of his February 10, 2009, arrest by the Bayonne Police Department.

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
Senior U.S. Probation Officer
Date: 3/19/09

THE COURT ORDERS:

[ ] The Issuance of a Warrant
[✓] The Issuance of a Summons. Date of Hearing: 15 APRIL 2009 9:00 AM
[ ] No Action
[ ] Other

Signature of Judicial Officer

2 APRIL 2009
Date