UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL 02cr195-01 |
| v. : | |
| : | ORDER |
| Darryl Cobbins | |
| : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 15th day of April 2009,

O R D E R E D that RICHARD COUGHLIN, Federal Public Defender for the District of New Jersey by K. Anthony Thomas, Esq. is hereby appointed to represent said defendant in this cause until further order of the Court.

DENNIS M. CAVANAUGH
United States District Judge

cc: Defendant
    Federal Public Defender
    United States Attorney